UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 15-10076-NMG

Corian M. Branyan

v.

Southwest Airlines Co.

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's allowance of the Defendant's Motion to Dismiss on 5/20/2015, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Patch
Deputy Clerk

May 20, 2015

To: All Counsel